### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01364-JLK

LAURA BRIGGS,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC., a Delaware corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice (doc. #6), filed July 30, 2007, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to pay her or its own attorney fees and costs.

    BY THE COURT:

July 30, 2007    *S/John L. Kane*
DATE    U.S. DISTRICT JUDGE